# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) Docket Number: |
| vs. | ) 0971 4:10CR00443-01 YGR ) |
| PAUL STEEVES | ) ) |

**ORDER TO EXTEND TERM OF SUPERVISED RELEASE**

ON MOTION OF THE COURT, pursuant to a Supervised Release Revocation Hearing held on August 1, 2018, the Court hereby extends the term of supervised release by six months, to January 18, 2019.

All previous Court-ordered conditions remain in effect.

Date: August 2, 2018

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge